ORIGINAL

REISSUED FOR PUBLICATION
10 APR 2017
OSM

# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
No. 16-1484
Filed: March 13, 2017

FILED

MAR 1 3 2017

U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * *

STEPHANIE FOSTER,

      Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

      Respondent.

* * * * * * * * * * * * *

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Special Master Sanders

Order Concluding Proceedings.

## ORDER CONCLUDING PROCEEDINGS[1]

On February 10, 2017, Petitioner filed a Notice of Voluntary Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

    **IT IS SO ORDERED.**

Herbrina D. Sanders
Special Master

---

[1] This decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).